AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JOSHUA ANDREW RODRIGUEZ

_____
*Plaintiff*
v.
DIRECTOR ED W. CAMPBELL, et al.,

Civil Action No.  2:16-CV-210-SMJ

_____
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   The Plaintiff's Complaint (ECF No. 6) is DISMISSED WITHOUT PREJUDICE for failure to state a claim under 28
U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Salvadore Mendoza, Jr. _____ .

Date:  September 12, 2016 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Penny Lamb
_____
*(By) Deputy Clerk*

Penny Lamb
_____